IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Jacqueline Wilson, | Case No. 3:21 CV 1914 |
| Plaintiff, | DISMISSAL ORDER |
| -vs- | JUDGE JACK ZOUHARY |
| Harris & Harris, Ltd., | |
| Defendant. | |

Counsel represent that this case has resolved (Doc. 11). Therefore, the Case Management Conference scheduled for March 7, 2022 is vacated.

Further, any subsequent Dismissal with prejudice, or setting forth specific terms and conditions, filed within sixty (60) days, shall supersede this Order. This Court also retains jurisdiction during this interim.

IT IS SO ORDERED.

    s/ *Jack Zouhary*
JACK ZOUHARY
U. S. DISTRICT JUDGE

February 28, 2022